# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. LA CV 21-09578-DOC-KES                                                     Date: May 10, 2022

Title: AVIVA KIRSTEN ET AL. V. CALIFORNIA PIZZA KITCHEN, INC., ET AL.

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Dajanae Carrigan for Karlen Dubon | Not Present |
|:---:|:---:|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|:---:|:---:|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER CONTINUING HEARING ON MOTION TO DISMISS [38]**

To allow time for hearings and any necessary decisions on a preliminary settlement in the related case No. 8:21-cv-01928-DOC-KES, the Court CONTINUES the hearings on the Motion to Dismiss (Dkt. 38) to **June 24, 2022 at 8:30 am.**

The Clerk shall serve this minute order on the parties.

Initials of Deputy Clerk: dca/kdu

MINUTES FORM 11
CIVIL-GEN