# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. LA CV 21-09578-DOC-KES                              Date: June 28, 2022

Title: AVIVA KIRSTEN ET AL. V. CALIFORNIA PIZZA KITCHEN, INC.

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**     **ORDER CONTINUING HEARING [38]**

With apologies to counsel for ongoing scheduling conflicts, the Court CONTINUES the hearing on Defendant's Motion to Dismiss (Dkt. 38) and the Scheduling Conference to July 8, 2022, at 8:30 am, to enable the Court to hear arguments on the related case's proposed settlement.

The Clerk shall serve this minute order on the parties.

                                                                                      Initials of Deputy Clerk: kdu

MINUTES FORM 11
CIVIL-GEN